Appeal by the defendant, as limited by his motion, from a sentence of the Supreme Court, Kings County (Murphy, J.), imposed May 24, 2016, upon his plea of guilty, on the ground that the sentence was excessive.
 

 Ordered that the sentence is affirmed.
 

 The defendant’s purported waiver of his right to appeal was invalid (see People v Rennick, 123 AD3d 1146 [2014]; People v Coleman, 116 AD3d 708 [2014]) and, thus, does not preclude review of his excessive sentence claim (see People v Lopez, 6 NY3d 248, 257 [2006]). Nevertheless, contrary to the defendant’s contention, the sentence imposed was not excessive (see People v Suitte, 90 AD2d 80 [1982]).
 

 Eng, P.J., Dillon, Miller, Hinds-Radix and Iannacci, JJ., concur.